AO 240A  (Rev. 1/94)

# UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| JOHANNA M. SULLIVAN | |
| Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, Defendant | CASE NUMBER: 1:06at0457 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

    ☐ The clerk is directed to file the complaint.

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

X   DENIED, for the following reasons:

Plaintiff's application reveals that she can afford the costs of this action. She has over $3,000 in her bank accounts, owns a home worth over $300,000 and owns two cars worth over $30,000,

ENTER this _____ day of _____, _____.

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer

IT IS SO ORDERED.

Dated:   October 3, 2006                              /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE