# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA M. SULLIVAN, | ) 1:06 CV 01333 OWW DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER VACATING COURT'S OCTOBER 10, |
| | ) 2006, AMENDED ORDER DENYING |
| v. | ) PLAINTIFF'S APPLICATION TO PROCEED |
| | ) IN FORMA PAUPERIS |
| JO ANNE B. BARNHART, Commissioner | ) (Document 8) |
| of Social Security, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff filed the instant action on September 20, 2006, along with an application to proceed in forma pauperis.  On September 22, 2006, the Court granted Plaintiff's application and instructed Plaintiff to submit the documents required for service.  Plaintiff has done so.

On October 10, 2006, the Court issued an amended order denying Plaintiff's application to proceed in forma pauperis.  This order was issued in error and is therefore VACATED. Plaintiff will proceed in forma pauperis in this action.

IT IS SO ORDERED.

**Dated:**   **October 20, 2006**            /s/ **Dennis L. Beck**
3b142a                                                  UNITED STATES MAGISTRATE JUDGE

1