# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA M. SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　　Defendants. | 1:06cv01333 AWI DLB<br><br>ORDER DIRECTING CLERK OF COURT TO REFUND PLAINTIFF'S FILING FEE |

Plaintiff filed the instant action on September 20, 2006, along with an application to proceed in forma pauperis. On September 22, 2006, the Court granted Plaintiff's application and instructed Plaintiff to submit the documents required for service. Plaintiff has done so.

On October 10, 2006, the Court mistakenly issued an amended order denying Plaintiff's application to proceed in forma pauperis. The order was vacated on October 20, 2006. However, Plaintiff paid the $350.00 filing fee on October 19, 2006, before the prior order was vacated.

Accordingly, as Plaintiff has been granted in forma pauperis status by the Court's September 22, 2006, order and the subsequent order to the contrary has been vacated, the Clerk of the Court is ORDERED TO REFUND Plaintiff's October 19, 2006, payment of $350.00.

IT IS SO ORDERED.

Dated: **October 27, 2006**　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1