1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHANNA M. SULLIVAN,                         )    1:06cv01333 LJO DLB
                                             )
                                             )
                                             )    ORDER GRANTING
                    Plaintiff,               )    EXTENSION OF TIME
                                             )
        v.                                   )    (Document 20)
                                             )
MICHAEL J. ASTRUE, Commissioner              )
of Social Security,                          )
                                             )
                                             )
                                             )
                    Defendant.               )
_____          )

        On April 18, 2007, the parties filed a stipulation to extend time for filing Plaintiff's

opening brief.  Plaintiff is therefore GRANTED an extension of time, until May 3, 2007, within

which to file his opening brief.


        IT IS SO ORDERED.

        **Dated:    April 18, 2007**                         **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE