McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA M. SULLIVAN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06cv1333 LJO DLB<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER |

       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through September 14, 2007, in which to e-file his responsive brief.  This extension is requested because counsel for Defendant was on leave when the Plaintiff's opening brief was filed.  When Agency counsel returned from leave there were numerous e-mail messages requiring action.  Because of the large number of e-mails, Agency counsel overlooked the ECF notification that Plaintiff's opening brief had been filed.   Counsel needs additional time to review the case for defensibility, to confer with the Commissioner, and to draft a responsive brief, if warranted.  Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

1  Dated:   8/15/07                              */s/ Harvey P. Sackett*
                                                 *(As authorized via email on 7/15/07)*
2                                                HARVEY P. SACKETT
                                                 Attorney for Plaintiff
3

4                                                SCOTT N. SCHOOLS
                                                 United States Attorney
5                                                LUCILLE GONZALES MEIS
                                                 Regional Chief Counsel, Region IX
6

7  Dated:   8/15/07                        By:   */s/ Theophous H. Reagans*
                                                 THEOPHOUS H. REAGANS
8                                                Special Assistant United States Attorney

9

10         IT IS SO ORDERED.

11         **Dated:   August 16, 2007**               **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE

2