IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA SULLIVAN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>　　　　　　Defendant. | 1:06cv1333 LJO DLB<br><br>ORDER REMANDING ACTION |

　　　　On September 12, 2007, the parties filed a stipulation to remand the action to the Commissioner of Social Security for further administrative proceedings pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), sentence four.

　　　　Accordingly, the decision of the Commissioner is REVERSED and this action is REMANDED to the Commissioner.  Upon remand, the ALJ must take the following action:

　　　　1.　　Further evaluate claimant's impairments and provide rationale for his findings of severe impairments and for his residual functional capacity assessment;

　　　　2.　　Reconsider all medicals opinions of record, and if he rejects any, provide specific and legitimate reasons for doing so; and

　　　　3.　　Otherwise develop the record as needed.

1

The Clerk of Court is directed to enter judgment in favor of Plaintiff Johanna Sullivan and against Defendant Commissioner of Social Security and to close this action.

IT IS SO ORDERED.

**Dated:     September 25, 2007**              /s/ **Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE