```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    THEOPHOUS H. REAGANS, CBN 189450
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone: (415) 977-8943
         Facsimile: (415) 744-0134
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHANNA SULLIVAN, | ) | |
|---|---|---|
| | ) | CIVIL NO. 06-1333-LJO-DLB |
| Plaintiff, | ) | |
| | ) | STIPULATION FOR PAYMENT OF |
| v. | ) | ATTORNEY FEES |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of SIX THOUSAND FIVE HUNDRED dollars and ZERO cents ($6,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND FIVE HUNDRED dollars and ZERO cents ($6,500.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection

with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: 12/5/07

*/s/ Harvey Sackett*
*(As authorized via email on 12/5/07)*
HARVEY P. SACKETT
Attorney for Plaintiff

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: 12/5/07     By:     */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated: December 12, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE