# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHANNA M. SULLIVAN, | ) | 1:06cv01333 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING |
| | ) | FURTHER BRIEFING |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Petitioner Harvey Sackett ("Counsel"), counsel for Plaintiff Johanna M. Sullivan, filed the instant petition for attorneys' fees on August 25, 2008. He requests fees pursuant to 42 U.S.C. § 406(b).

In support of his request for an award of $22,222.50, Counsel indicates that Plaintiff received a gross total of $88,890.00 in retroactive benefits. Of that amount, Counsel indicates that $22,222.50 has been withheld toward prospective payment of attorneys' fees.

As confirmation of these amounts, Counsel attaches Exhibit B, which is the Social Security Administration's ("SSA") Notice of Award. However, it is not readily apparent to the Court how the Notice(s) supports Counsel's calculations. In the Notice of Plaintiff's award, the SSA indicates that it is withholding $16,555.25.

Counsel also attaches a Notice of Award for Andrew Perez, Plaintiff's dependent. Counsel has not indicated, however, how this award relates to his representation of Plaintiff. Nor

1

does the Award indicate the withholding of any attorneys' fees.

Accordingly, Counsel is ORDERED to submit further briefing to clarify these issues within ten (10) days of the date of service of this order.  If Counsel fails to do so, the Court will decide the motion without the benefit of Counsel's further input.


IT IS SO ORDERED.

Dated:   **September 18, 2008**                              /s/ **Dennis L. Beck**
                                                                                 UNITED STATES MAGISTRATE JUDGE