1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHANNA M. SULLIVAN, | ) | 1:06cv01333 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | (Document 33) |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

17    On September 18, 2008, the parties filed a stipulation to allow Defendant an extension of

18  time in responding to the pending motion for attorneys' fees.  Defendant is therefore GRANTED

19  an extension of time, until October 13, 2008, within which to file his opposition.

20

21    IT IS SO ORDERED.

22   **Dated:   October 1, 2008**            _____ **/s/ Dennis L. Beck** _____
                                            UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28