IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA M. SULLIVAN, ) | 1:06cv1333 LJO DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| Plaintiff, ) | |
| ) | (Document 39) |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On September 20, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. Plaintiff's counsel, Harvey P. Sackett ("Counsel"), filed the instant petition for fees pursuant to 42 U.S.C. § 406(b)(1) on August 25, 2008.

October 21, 2008, the Magistrate Judge issued Findings and Recommendation that Counsel's petition be GRANTED and that fees be awarded in the net amount of $15,580. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days. Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated October 21, 2008, is ADOPTED IN FULL;
2. Counsel's petition for fees pursuant to 42 U.S.C. § 406(b)(1) is GRANTED; and
3. Counsel is AWARDED $22,080, less $6,500 awarded for EAJA fees, for a net award of $15,580.

IT IS SO ORDERED.

**Dated:   November 7, 2008**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE